CASE NO: 25-1914

IN THE
# United States Court of Appeals
FOR THE FOURTH CIRCUIT

*IN RE* **JINGSHENG WEI, Petitioner.**

MOTION FOR EXPEDITED BRIEFING OF
PETITION FOR WRIT OF MANDAMUS

GREENBERG TRAURIG, LLP
David G. Barger
1750 Tysons Blvd.
Suite 1000
McLean, VA 22102
Tel: (703) 749-1300
Email: bargerd@gtlaw.com

COMES NOW Petitioner Jingsheng Wei, moving for an expedited briefing schedule for its Petition for a Writ of Mandamus, filed concurrently with this Motion on August 8, 2025, pursuant to Local Rule of Appellate Procedure 12 (c). In support, Wei states as follows:

### LOCAL RULE 27(A) CERTIFICATION

Respondent Ciping Huang consents to the granting of this motion.

Undersigned counsel provided notice of Petitioner's intent to file this to counsel for Respondents Huaizhao Liu and Charlotte Zhang on August 7, 2025. Counsel for Respondents Liu and Zhang do not consent to the relief requested herein.

### ARGUMENT

Pursuant to Local Rule 12(c), the Court "may expedite an appeal for briefing and oral argument. Any motion to expedite should state clearly the reasons supporting expedition, the ability of the parties to present the appeal on the existing record, and the need for oral argument." On Friday, August 8, 2025, Wei petitioned this Court for a writ of mandamus directing the district court to withdraw its order that Wei undergo genetic testing pursuant to Federal Rule of Civil Procedure 35 ("Rule 35 Order"). Wei has sought a stay of the Rule 35 Order, but as of the date of filing, the District Court has not ruled on Wei's motion. Because the District Court may not issue a stay, Respondents and Wei are still conferring on a date for the

genetic testing. They have agreed in principle to the end of September 2025, but they have not selected a specific date.

As detailed in his Petition, Wei, a Chinese dissident and former political prisoner, has grave privacy concerns over genetic testing. He reasonably believes that Plaintiffs seek to weaponize discovery to harass him in advancement of the interests of the Chinese Communist Party, which has targeted him for his decades of civil rights advocacy. Once the genetic test has been performed, the invasion of is privacy is complete irreversible. For this reason, Wei has requested an issuance of a writ. Waiting for an appeal as of right would simply be too late.

In that vein, Wei seeks expedited briefing on his Petition so that this Court has a meaningful opportunity to review and rule on this matter before the genetic testing proceeds. Wei does not request oral argument on his Petition in order to support an expedited review. However, he will provide oral argument should the Court deem it appropriate.

Should the Court request an answer and/or reply brief under Federal Rule of Appellate Procedure 21(b)(1), Wei proposes the following briefing schedule:

    Answer:                                      August 29, 2025

    Reply:                                         September 12, 2025

This proposed briefing schedule provides Respondents with three weeks to answer the Petition and affords this Court at least two weeks to rule before any genetic testing is scheduled to take place.

Wherefore, Wei respectfully submits this Motion and respectfully requests that this Court enter an expedited briefing schedule on the Petition for Writ of Mandamus, as detailed herein.

Dated this 8th day of August, 2025.

Respectfully submitted,

/s/ *David Barger*
David G. Barger (MD Bar# 14716)
Greenberg Traurig LLP
1750 Tysons Blvd.
Suite 1000
McLean, VA 22102
Tel: (703) 749-1300
Email: bargerd@gtlaw.com

**CERTIFICATE OF SERVICE**

I certify that on August 11, 2025, Petitioner's Motion for Expedited Briefing for Petition of Writ of Mandamus was served by email (with written consent) on the following persons at the email addresses shown:

Times Wang
Farra & Wang PLLC
twang@farrawang.com
*Attorney for Respondents Huaizhao Liu and Charlotte Zhang*

John P. Rowley III (admitted *pro hac vice*)
Adriaen M. Morse Jr. (Md Bar No.18106)
SECIL Law PLLC
jrowley@secillaw.com
amorse@secillaw.com

*Counsel for Respondent Ciping Huang*

/s/ *David Barger*
David G. Barger
