# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 21, 2025

_____

## DOCKET CORRECTION NOTICE

_____

No. 25-1914,  In re: Jingsheng Wei
8:23-cv-02134-MJM

TO:  Jingsheng Wei

CERTIFICATE DUE: August 25, 2025

Under FRAP 21(a)(1), you must serve your petition for writ of mandamus on:

[ XX ] the trial court judge (**Note: Service on the district court is not sufficient. The petition must be served on the individual judge the action is being sought against.**)

[  ] all parties to the action in the trial court

Please serve your petition as indicated above and file the attached certificate of service with the court of appeals by the due date shown.

Rachel Phillips, Deputy Clerk
804-916-2702

_____

## CERTIFICATE OF SERVICE
_____

No. 25-1914, <u>In re: Jingsheng Wei</u>
              8:23-cv-02134-MJM

I certify that my petition for writ of mandamus / prohibition was served as follows:

(provide date of service) _____

(select manner of service) [ ] by mail; [ ] by commercial carrier; [ ] in person

(provide name(s) and address(es) of trial court judge and/or parties served):

_____

_____

_____

_____

_____

_____

_____

_____                   _____
Signature                                                                               Date