# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 26, 2025

_____

RULE 45 NOTICE-AMENDED PETITION/CERTIFICATE

_____

No. 25-1914,   In re: Jingsheng Wei
              8:23-cv-02134-MJM

TO:   Jingsheng Wei

**AMENDED PETITION/CERTIFICATE DUE:** 09/10/2025

The court has not received your amended petition/certificate complying with the requirements outlined in the court's prior notice, as outlined below. Please take notice that the court may dismiss this case for failure to prosecute pursuant to [Local Rule 45](#) unless the amended petition/certificate and a motion for leave to file out of time are received in the clerk's office, or the default is otherwise remedied, within 15 days of the date of this notice.

| | |
|---|---|
| [ XX ] Amended petition or certificate of service on all parties to the action in the trial court required. | |
| [ ] Amended petition or certificate of service on trial court judge required. | |
| [ ] Amended petition not in excess of 30-page limit of FRAP 21(d) or motion to exceed page limitations required. | |

Rachel Phillips, Deputy Clerk
804-916-2702