## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 26, 2025

_____

### CERTIFICATE OF SERVICE

_____

No. 25-1914,    <u>In re: Jingsheng Wei</u>
                 8:23-cv-02134-MJM

I certify that my petition for writ of mandamus / prohibition was served as follows:

(provide date of service)   August 26, 2025 _____

(select manner of service) [ ] by mail; [ ] by commercial carrier; [ ] in person
                                   [x] by CM/ECF filing on the Court and all counsel of record.
(provide name(s) and address(es) of trial court judge and/or parties served):

Hon. Matthew J. Maddox
_____

    All counsel of record.
_____

_____

_____

_____

_____

_____

| /s/David G. Barger | 8/26/2025 |
|---|---|
| Signature | Date |