UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1914
(8:23-cv-02134-MJM)
_____

In re: JINGSHENG WEI

    Petitioner

_____

O R D E R
_____

Upon review of submissions relative to the amended petition for writ of mandamus, the court denies the petition.

Entered at the direction of Judge Berner with the concurrence of Judge Wilkinson and Judge Benjamin.

        For the Court

        /s/ Nwamaka Anowi, Clerk